**JUDGE BUCHWALD**

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

Counsel for Plaintiff Universal Music-MGB NA LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8353**

---

UNIVERSAL MUSIC - MGB NA LLC,

                Plaintiff,

v.

KILLERSOUND, INC.,

                Defendant.

Case No. _____

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Universal Music-MGB NA LLC, a nongovernmental corporate party, certifies that Plaintiff is a subsidiary of Universal Music Publishing, Inc. In turn, Universal Music Publishing, Inc.'s ultimate corporate parent is Vivendi SA, which is a publicly traded corporation.

Dated:  New York, New York
         September 24, 2007

Respectfully submitted,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
David Donahue (DD 5808)
Nicholas H. Eisenman (NE 0213)

866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Plaintiff

{F0055574.2}