# EXHIBIT B

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Fross, Zelnick, Lehrman & Zissu, PC<br>866 UN Plaza at<br>First Avenue & 48th Street<br>New York, NY 10017 | *For Court Use Only* |
| Telephone No: 212-813-5900   FAX: No: 212-813-5901 | Ref. No or File No.:<br>1106165849 |

*Insert name of Court, and Judicial District and Branch Court:*

Plaintiff: UNIVERSAL MUSIC - MGB NA LLC.
Defendant: KILLERSOUND, INC.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CIV 8353 |
|---|---|---|---|---|

1. I, Mark L Kunkel, and any employee or independent contractors retained by ABOINGO SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KILLERSOUND, INC. as follows:

2. Documents:   SUMMONS IN A CIVIL CASE COMPLAINT, EXHIBITS.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/11/07 | 7:29pm | Home | No lights or sounds. No answer at the door. Attempt made by: Mark L Kunkel. Attempt at: c/o Reg. Agent, Frank Fouad Gelat 34 SAWMILL COURT Mountain View CA 94043. |
| Mon | 10/15/07 | 6:38pm | Home | Server knocked at the door, lights turned off after server started knocking. No answer at the door. Attempt made by: Mark L Kunkel. Attempt at: c/o Reg. Agent, Frank Fouad Gelat 34 SAWMILL COURT Mountain View CA 94043. |
| Thu | 10/18/07 | 7:58pm | Home | No lights on in home. No answer at the door. Attempt made by: Mark L Kunkel. Attempt at: c/o Reg. Agent, Frank Fouad Gelat 34 SAWMILL COURT Mountain View CA 94043. |
| Wed | 10/24/07 | 9:36pm | Home | After knocking several times the outside light came on briefly and then went off. Server could hear someone inside but they refused to open the door. EVADING!! Attempt made by: Mark L Kunkel. Attempt at: c/o Reg. Agent, Frank Fouad Gelat 34 SAWMILL COURT Mountain View CA 94043. |
| Fri | 11/09/07 | 12:47pm | Home | Posted on: KILLERSOUND, INC. Home - c/o REGISTERED AGENT, FRANK FOUAD GELAT 34 SAWMILL COURT Mountain View, CA. 94043 by Serving: party in item 3.a.. Served by: Paul Hammond Norman |
| Fri | 11/09/07 | | | Mailed copy of Documents to: KILLERSOUND, INC. |

3. *Person Executing*
   a. Mark L Kunkel
   b. ABOINGO SERVICES
      1780 WHIPPLE ROAD, Registration # 1074
      SUITE #102
      Union City, CA 94587
   c. (510) 475-6161, FAX (510) 475-6262

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   1130
   (iii) County:   Santa Clara
   (iv) Expiration Date:   Thu, Mar. 26, 2009

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Nov. 09, 2007          AFFIDAVIT OF REASONABLE DILIGENCE          (Mark L Kunkel)106165849.6721952.33918

| *Attorney or Party without Attorney:*<br>Fross, Zelnick, Lehrman & Zissu, PC<br>866 UN Plaza at<br>First Avenue & 48th Street<br>New York, NY 10017<br>*Telephone No:* 212-813-5900   *FAX No:* 212-813-5901 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* 1106165849 | |

*Insert name of Court, and Judicial District and Branch Court:*

*Plaintiff:* UNIVERSAL MUSIC - MGB NA LLC.
*Defendant:* KILLERSOUND, INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07 CIV 8353 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint, Exhibits

3. a. *Party served:*   KILLERSOUND, INC.

4. *Address where the party was served:*   c/o REGISTERED AGENT, FRANK FOUAD GELAT
34 SAWMILL COURT
Mountain View, CA 94043

5. *I served the party:*
   d. by other means On: Fri., Nov. 09, 2007 at: 12:47PM by Posting and Mailing:
   party in item 3
   (2) (Home) by Posting and Mailing:
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Nov. 09, 2007 from: Union City

7. *Person Who Served Papers:*
   a. Paul Hammond Norman



Aboingo Services   P 510-475-6161
1780 Whipple Rd    F 510-475-6262
Suite #102         www.aboingo.net
Union City, CA 94587

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   1135
      (iii) *County:*   Santa Clara
      (iv) *Expiration Date:*   Thu, Jun. 04, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Nov. 09, 2007

(Paul Hammond Norman)

*Judicial Council Form*
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*1106165849.8135900.33918*

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: SUMMONS, INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD U.S. DISTRICT JUDGE, INSTRUCTIONS FOR ELECTRONIC CASE FILING, COMPLAINT, EXHIBITS 1-4
EFFECTED (1) BY ME: OUT OF STATE *Paul Norman*
TITLE: PROCESS SERVER     DATE: *November 9, 2007*

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

[ ] Served personally upon the defendant:

KILLERSOUND, INC., R.A. FRANK FOUAD GELAT

Place where served:

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: ___ AGE: ___ HEIGHT: ___ WEIGHT: ___ SKIN: ___ HAIR: ___ OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

*Posted docs to the residence NOV 9, 2007 at 12:47PM*

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/9/2007     *[signature]* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DAVID DONAHUE, ESQ.
PLAINTIFF: UNIVERSAL MUSIC - MGB NA LLC.
DEFENDANT: KILLERSOUND, INC.
VENUE: DISTRICT
DOCKET: 07 CIV 8353

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R