# EXHIBIT C

## David Donahue

**From:** David Donahue
**Sent:** Monday, November 05, 2007 5:45 PM
**To:** Frank Gelat
**Cc:** Lawrence Apolzon; Nicholas H. Eisenman
**Subject:** RE: Universal Music-MGB NA LLC v. killersound - trademark dispute

Mr. Gelat,

As a matter of professional courtesy, we will grant your counsel a thirty-day extension of time to respond to the complaint. Sixty days right at the outset is too long, but we will also consider any request for a further extension in due course.

We will need to memorialize the extension by filing a stipulation for the Court's review. It is our understanding that corporations not represented by counsel are not permitted to sign such stipulations. (This is not legal advice -- please consult a lawyer if you are unsure of court practice.) Accordingly, once you have hired counsel please ask him or her to present an appropriate stipulation for us to sign and file with the Court.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: 212-813-5900
Fax: 212-813-5901
Web: www.fzlz.com

---

**From:** Frank Gelat [mailto:frank@killersound.com]
**Sent:** Monday, November 05, 2007 1:14 PM
**To:** David Donahue
**Subject:** Universal Music-MGB NA LLC v. killersound - trademark dispute
**Importance:** High

Hello Mr. Donahue,

I am writing on behalf of killersound, Inc, the defendant cited in the case above, case Number 1:2007cv08353 filed on September 25, 2007 in New York. We would like to request an extension of 60 days to answer plaintiff's complaint. Since we are based in California, we need to locate an experienced attorney to defend our case in the state of New York.

I await to hear from you and hope that you will grant the requested extension.

Sincerely,

Frank Gelat
. . . . . . . . . . . . . . . . . . . . . . . . .
killersound, Inc.
101 First Street, Suite 321
Los Altos, CA 94022
p. (650) 472-1107
f. (800) 554-6741

KILL THE SILENCE

3/3/2008