# EXHIBIT E

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

RONALD J. LEHRMAN
STEPHEN BIGGER
ROGER L. ZISSU
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
CRAIG S. MENDE
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
LYDIA T. GOBENA
CARLOS CUCURELLA
JAMES D. WEINBERGER
DAVID DONAHUE
NANCY E. SABARRA

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: fzlz@frosszelnick.com

MICHAEL I. DAVIS
SPECIAL COUNSEL

JAMES D. SILBERSTEIN
JOYCE M. FERRARO
MICHELLE P. FOXMAN
ROBERT A. BECKER
MICHAEL CHIAPPETTA
EVAN GOURVITZ
TAMAR NIV BESSINGER
DIANE MARCOVICI PLAUT
COUNSEL

NANCY C. DICORZA
LAURA POPP-ROSENBERG
CARA A. BOYLE
CHARLES T.J. WEIGELL III
MARILYN F. KELLY
CHRISTOPHER M. KINDEL
CAROLINE G. BOEHM
VANESSA HWANG LUI
DOROTHY C. ALEVIZATOS
AIMEE M. ALLEN
BETSY C. JUDELSON
NICHOLAS H. EISENMAN
KATE HAZELRIG
TODD MARTIN

January 10, 2008

**BY FAX**

Frank Gelat, President
Killersound, Inc.
101 First Street, Suite 321
Los Altos, CA 94022

Re: *Universal Music - MGB NA LLC v. Killersound, Inc.*, No. 07 Civ. 8353 (NRB) (S.D.N.Y.) (Our Ref.: UNMU USA TC 07/09178)

Dear Mr. Gelat:

We are writing in response to your letter dated December 26, 2007, in which you provide two proposals for a settlement of this action. Your settlement proposals are not acceptable to our client. We will provide a counteroffer in a separate letter that is addressed to you but not sent to the Court. Consistent with Federal Rule of Evidence 408, we ask that in the future you refrain from sending the Court copies of communications that embody or reveal the parties' respective proposals for settlement. We ask this to ensure that such communications are not used for improper purposes, such as to attempt to curry favor with the Court.

To give you time to consider our client's counteroffer, we hereby agree to extend your company's time to answer the Complaint until **January 21, 2007**. Should the parties fail to resolve this matter before that date, we will not be inclined to grant any further extensions absent an emergency.

Sincerely,

David Donahue

cc: The Honorable Naomi Reice Buchwald (by Fax)

{F0174512.2}