David Donahue (DD 5808)
Nicholas Eisenman (NE 0213)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

Counsel for Plaintiff Universal Music - MGB NA LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC,<br><br>                              Plaintiff,<br><br>         - against -<br><br>KILLERSOUND, INC.,<br><br>                              Defendant. | 07 Civ. 8353 (NRB)<br><br>**NOTICE OF APPLICATION FOR**<br>**ENTRY OF DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE that upon the attached affidavit of David Donahue, sworn to on March 11, 2008, and upon the Complaint herein, Plaintiff Universal Music - MGB NA LLC will move this Court, Hon. Naomi Reice Buchwald, U.S.D.J., in Courtroom 21A, United States Courthouse, 500 Pearl Street, New York, New York, on the 20th day of March, 2008, at 10:30 p.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 55(a) of the Federal Rules of Civil Procedure granting Default Judgment against defendant Killersound, Inc.

Dated:  New York, New York
        March 12, 2008

                                                        FROSS ZELNICK LEHRMAN &
                                                        ZISSU, P.C.

                                                By:     _____
                                                        Craig S. Mende (CM 3906)
                                                        David Donahue (DD 5808)

                                                        866 United Nations Plaza
                                                        New York, New York 10017
                                                        (212) 813-5900
                                                        Attorneys for Plaintiff

{F0241160.1}