# EXHIBIT D

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

RONALD J. LEHRMAN
STEPHEN BIGGER
ROGER L. ZISSU
MARIE V. DRISCOLL
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
MARIO AIETA
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
CRAIG S. MENDE
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
LYDIA T. GOBENA
CARLOS CUCURELLA
JAMES D. WEINBERGER
DAVID DONAHUE

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5001
E-MAIL: fzlz@frosszelnick.com

MICHAEL I. DAVIS
SPECIAL COUNSEL

JAMES D. SILBERSTEIN
JOYCE M. FERRARO
MICHELLE P. FOXMAN
ROBERT A. BECKER
MICHAEL CHIAPPETTA
EVAN GOURVITZ
TAMAR NIV BESSINGER
DIANE MARCOVICI PLAUT
  COUNSEL

NANCY O. DICONZA
NANCY E. SABARRA
LAURA POPP-ROSENBERG
CARA A. BOYLE
CHARLES T.J. WEIGELL III
MARILYN F. KELLY
CHRISTOPHER M. KINDEL
CAROLINE G. BOEHM
VANESSA HWANG LUI
DOROTHY C. ALEVIZATOS
AIMEE M. ALLEN
BETSY C. JUDELSON
NICHOLAS H. EISENMAN
TODD MARTIN

December 17, 2007

**BY FAX**

Frank Gelat, President
Killersound, Inc.
101 First Street, Suite 321
Los Altos, CA 94022

Re:  *Universal Music - MGB NA LLC v. Killersound, Inc.*, No. 07 Civ. 8353
     (NRB) (S.D.N.Y.) (Our Ref.: UNMU USA TC 07/09178)

Dear Mr. Gelat:

We received a copy of your letter dated December 14, 2007, in which you request an additional extension of time to file an Answer to our client's Complaint in this action. Please note that because you sent a copy of your letter to the Court we are doing the same.

The Affidavit of Service that we filed with the Court states that we served the Summons and Complaint on your company on November 9, 2007. As such, your Answer originally was due on November 29, 2007. Upon your request, we extended the deadline by thirty days, which means that the current deadline is December 29, 2007, not December 14, 2007, which is the date you stated in your letter. (We note that our agent left a copy of the Complaint at your residence on October, 25, 2007, after he rang the doorbell and no one answered. It appears that you received the Complaint at that time, which would explain your calculation of a November 14, 2007 deadline. As a courtesy to you, however, we will continue to treat November 9, 2007, as the official service date.)

With respect to your request for an extension beyond December 29, we are troubled that you have possessed the Complaint for close to two months, but still have not retained counsel. Nevertheless, because the deadline falls in the middle of the Christmas and New Year's Day holidays, we will grant one final extension until January 13, 2008.

With respect to the issue of VLA mediation, please note that we have contacted Mr. Brandow and advised him that we believe out-of-Court mediation would be premature at this time. Given that your company has not engaged counsel or made any settlement offer, there is

{F0174512.2 }

Frank Gelat,
December 17, 2007
Page 2

no framework for a resolution. We would be happy to consider any settlement proposal that
your company has in mind and also would be willing to reconsider mediation at a later date, if
the circumstances were to suggest that it would be productive. In the meantime, we think the
parties would be best-served if you were to retain counsel and file an Answer to the Complaint.

Sincerely,

David Donahue

cc:    The Honorable Naomi Reice Buchwald (by Fax)

{F0174512.2 }