# EXHIBIT G

Case 1:07-cv-08353-NRB   Document 8-8   Filed 03/21/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

November 15, 2007

Frank Gelat
CEO
killersound, Inc.
101 First Street, Suite 321
Los Altos, CA 94022

Re: Universal Music, etc. v. Killersound
07 Civ. 8353 (NRB)

Dear Mr. Gelat:

I write in response to your letter dated November 5, 2007, in which you seek the Court's assistance in obtaining counsel. As your sister Christine was informed by our chambers, there is no pro bono panel of the Court from which counsel to appoint counsel for you. Moreover, corporate parties may not proceed pro se and must be represented by an attorney. Failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented. Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983).

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: David Donahue, Esq.