Craig S. Mende (CM 3906)
David Donahue (DD 5808)
Nicholas Eisenman (NE 0213)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)



Counsel for Plaintiff Universal Music - MGB NA LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL MUSIC – MGB NA LLC,<br><br>                Plaintiff,<br><br>  - against -<br><br>KILLERSOUND, INC.,<br><br>                Defendant. | 07 Civ. 8353 (NRB)<br><br>NOTICE OF VOLUNTARY OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |

Plaintiff, Universal Music – MGB NA, LLC, by its undersigned attorneys, hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1) pursuant to a confidential settlement agreement between the parties.

Dated: New York, New York
         March 27, 2008

                                            FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                                            By: _____
                                                Craig S. Mende (CM 3906)
                                                David Donahue (DD 5808)
                                                Nicholas Eisenman (NE 0213)

                                                866 United Nations Plaza
                                                New York, New York 10017
                                                (212) 813-5900

                                                Attorneys for Plaintiff

So Ordered

_____, USDJ

March 27, 2008

{F0241657.3}